the City of Brooklyn against the Lafayette Trust Company and another. No opinion. Judgment and order (85 Misc. Rep. 341, 148 N. Y. Supp. 491) affirmed, with costs. See, also, 86 Misc. Rep. 558, 149 N. Y. Supp. 374.

FIRST NAT. BANK OF DOLGEVILLE, Respondent, v. BOND, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by the First National Bank of Dolgeville against Stephen N. Bond.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

FOOTE, J., dissents.

FITZGERALD, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Catherine Fitzgerald, as administratrix, etc., against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of evidence on the question of defendant's negligence and the contributory negligence of the deceased. See, also, 158 App. Div. 801, 144 N. Y. Supp. 237.

FITZSIMONS v. ISMAN. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Ellen Fitzsimons against Felix Isman. No opinion. Motion granted. Order filed. See, also, 151 N. Y. Supp. 552.

FLANNERY v. FIFTEEN W. 44TH ST. CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Viola M. Flannery against the Fifteen W. 44th Street Company. No opinion. Motion denied. Settle order on notice.

FLATOW, FLINN & CO., Inc., Appellant, v. AMERICAN MOTOR TRUCK CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Flatow, Flinn & Co., Incorporated, against the American Motor Truck Company and others. E. C. Crowley, of New York City, for appellant. A. L. Davis, of New York City, for respondents. No opinion. Judgment modified, by directing that the dismissal of the complaint is without prejudice to an action at law for a breach of the contract, and, as so modified, affirmed, with costs to the respondents. Settle order on notice.

FLYNN, Respondent, v. BRADLEY CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Nicholas Flynn against the Bradley Construction Company. F. L. C. Keating, of New York City, for appellant. R. A. Kutschbach, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and DOWLING, J., dissent.

FOLEY, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Michael Foley, as guardian ad litem of Laura Foley, an infant, against Mary E. Newman. No opinion. Judgment and order of the County Court of Westchester County unanimously affirmed, with costs.

FOSTER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 1, 1915.) Action by William Foster against the City of New York.

PER CURIAM. Judgment and order reversed, with costs, and complaint dismissed, on the ground that the notice of intention to commence the action was defective as to the statement of the time when the injuries were received, and that the form of denial contained in the answer did not exempt the plaintiff from the statutory obligation of proving the service of a proper notice. Purdy v. City of New York, 193 N. Y. 521, 523, 86 N. E. 560; Carson v. Village of Dresden, 202 N. Y. 414, 95 N. E. 803; Forsyth v. City of Oswego, 191 N. Y. 441, 84 N. E. 392, 123 Am. St. Rep. 605; Bannon v. City of New York, 150 App. Div. 314, 134 N. Y. Supp. 1041; Walker v. City of New York, 150 App. Div. 280, 134 N. Y. Supp. 689; Mack Paving Co. v. City of New York, 142 App. Div. 702, 714, 127 N. Y. Supp. 738. See, also, 152 N. Y. Supp. 1111.

FOSTER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by William Foster against the City of New York. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Stapleton. See, also, 152 N. Y. Supp. 1111.

FOSTER v. KENNY et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Maria Foster against Anna M. Kenny and others. No opinion. Motion for stay of proceedings in the action for partition denied.

FRANK, Appellant, v. GRUBER, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Adam Frank against Herbert H. Gruber. A. Frank, of New York City, for appellant. W. E. Ernst, of New York City, for respondent. No opinion. Order (in 88 Misc. Rep. 297, 150 N. Y. Supp. 664) affirmed with $10 costs and disbursements. Order filed. See, also, 165 App. Div. 907, 149 N. Y. Supp. 1082.

FRANK v. ROWLAND & SHAFTO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Adam Frank against Rowland & Shafto. No opinion. Mo-

tion denied, with $10 costs. Order filed. See, also, 163 App. Div. 850, 147 N. Y. Supp. 1112; 152 N. Y. Supp. 1112.

FRANK, Respondent, v. ROWLAND & SHAFTO, Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Adam Frank against Rowland & Shafto, Incorporated, and others. J. V. Judge, of New York City, for appellants. A. Frank, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1111.

FRANKLIN, Appellant, v. KIDD, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Joseph S. Franklin against Agnes B. Kidd, as executrix, etc. No opinion. Judgment (in 87 Misc. Rep. 399, 149 N. Y. Supp. 767) affirmed, with costs.

FRAZER, Appellant, v. R. & L. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by James S. Frazer against the R. & L. Company. S. H. Evins, of New York City, for appellant. H. A. Rubino, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FRENCH, Respondent, v. CITY OF NEW ROCHELLE, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Ida L. French against the City of New Rochelle. No opinion. Judgment affirmed, with costs.

FREY, Respondent, v. E. REGENSBURG & SONS, Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Isidor Frey against E. Regensburg & Sons. E. L. Mooney, of New York City, for appellants. J. M. Kroskauer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FRUEAUFF v. MOORE. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Chas. A. Frueauff against George Moore. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1116.

FULLER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Laura Fuller, as administratrix, etc., against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

GALVIN v. NEW YORK CENT. & H. R. R. CO. et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Jeremiah Galvin against the New York Cen-

tral & Hudson River Railroad Company and another. No opinion. Judgment and orders unanimously affirmed, without costs.

GARBARINI, Respondent, v. MOISANT INTERNATIONAL AVIATORS, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Luigi Garbarini against the Moisant International Aviators. W. K. Van Meter, of New York City, for appellant. B. F. Schreiber, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GARDNER, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by Faxton E. Gardner against the Central Park, North & East River Railroad Company. C. Mellen, of New York City, for appellant. J. F. McIntyre, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and SCOTT, JJ., dissent, on the ground that the evidence of negligence on the part of the defendant was not sufficient to justify submission of the case to the jury.

GARDNER, Respondent, v. ELMIRA, C. & W. RY., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by John Gardner against the Elmira, Corning & Waverly Railway. No opinion. Judgment and order unanimously affirmed, with costs.

In re GARVIN. (Supreme Court, Appellate Division, First Department. April 23, 1915.) In the matter of Michael J. Garvin.

PER CURIAM. In order to review the order appealed from, it is necessary that all of the ballots that were marked as exhibits and were passed upon in the order appealed from should be submitted to the court.

GAVRILUTZ v. SAVAGE (two cases). (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Rebecca Gavrilutz against Joseph K. Savage. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 151 N. Y. Supp. 808.

GEBERT v. GEBERT et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Anna N. Gebert against Charles Gebert and others. No opinion. Order affirmed, with $10 costs and disbursements.

GEELAN v. BAHR et al. (No. 7130.) (Supreme Court, Appellate Division, First Department. April 23, 1915.) Appeal from Trial Term, New York County. Action by John Geelan against Henry D. Bahr and another. From a judgment for plaintiff, and from an order denying a new trial, defendant Bahr appeals. Affirmed. Stephen P. Anderton, of New York